# UNITED STATES of America, Plaintiff–Appellee,

v.

## Valentin Rodriguez VENCES, also known as Flaco, Defendant–Appellant.

### No. 03–21135.
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Houston, TX, Plaintiff–Appellee.

Cheryl Harris Diggs, The Diggs Law Firm, Houston, TX, Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Valentin Rodriguez Vences has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the briefs, Rodriguez Vences's response, and the record discloses no nonfrivolous issues for appeal.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's request that Rodriguez Vences be permitted to proceed pro se on appeal is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.